# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSHUA B. HENKEL,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION**
and **ECLIPSE MARINE LLC,**
Appellees.

No. 4D21-1964

[December 30, 2021]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. RAAC 21-00734.

Joshua B. Henkel, Vero Beach, pro se.

Katie E. Sabo, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***